Order entered October 16, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00725-CR

**CRAIG LADARIUS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70706-T**

## ORDER

The Court has before it appellant's October 6, 2014 motion to abate appeal. In the motion, counsel asserts that the clerk's record may be incomplete and that there may be other portions of the reporter's record not filed. Counsel does not identify what is missing from the record. Moreover, we note that counsel has been granted two previous extensions of time, totaling sixty days, to file his brief. In neither of his previous extension requests did counsel identify any problems with the record. Accordingly, we **DENY** the October 6, 2014 motion to abate regarding the clerk's record.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether

appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE